Appeal No. 23-2963

# In the United States Court of Appeals
## For the Seventh Circuit

**GREG GILSINGER,**

Appellant,

v.

**CITIES AND VILLAGES MUTUAL INSURANCE CO.,**

Appellee.

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**
Hon. J. P. STADTMUELLER
District Court Docket No: 2:21-CV-00831-JPS

**JOINT MOTION TO WAIVE ORAL ARGUMENT**

Robert L. Sirianni, Jr., Esquire
BROWNSTONE, P.A.
P.O. Box 2047
Winter Park, Florida 32790
robertsirianni@brownstonelaw.com
Tel: 407-388-1900
Fax: 407-622-1511
*Counsel for Appellant*

Submitted: April 23, 2024

Comes now Greg Gilsinger and Appellee, by and through undersigned counsel, and hereby moves this honorable court to waive oral argument.

1. Oral argument is currently scheduled for May 14, 2024.

2. The Parties wish to waive oral argument as the Parties that the issues presented are adequately briefed and that oral argument would not provide further assistance to the Court.

3. The Parties have discussed briefed their positions and have consulted on oral argument and jointly move this honorable Court to consider this case on the briefings.

Date: April 23, 2024.

*/s/ Robert L. Sirianni, Jr., Esquire*
Robert L. Sirianni, Jr., Esquire
BROWNSTONE, P.A.
P.O. Box 2047
Winter Park, Florida 32790
robertsirianni@brownstonelaw.com
Tel: 407-388-1900
Fax: 407-622-1511
*Counsel for Appellant*

*/s/ Joseph M. Wirth*
Joseph M. Wirth, Esquire
WIRTH + BAYNARD
9898 West Bluemound Road
Wauwatosa, WI 53226
jmw@wbattys.com
Tel: 414-291-7979
Fax: 414-291-7960
*Counsel for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/ Robert L. Sirianni, Jr.
Robert L. Sirianni, Jr., Esquire